Seth Darmstadter (*pro hac vice* pending)
sdarmstadter @mrllp.com
**MICHELMAN & ROBINSON, LLP**
200 South Wacker Drive, Suite 2900
Chicago, IL  60606
Telephone:	(312) 638-5671
Facsimile:	(312) 638-5672

Taylor C. Foss (SBN 253486)
tfoss@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Avenue, Suite 1000
Irvine, CA  92614
Telephone:	(714) 557-7990
Facsimile:	(714) 557-7991

Attorneys for Plaintiff
PERCIPIENT LLC


John S. Kyle, Esq. (SBN 199196)
Laura K. Gantney, Esq. (SBN 199297)
**KYLE HARRIS LLP**
450 B Street, Suite 1410
San Diego, CA  92101
Tel:  (619) 600-0086
Fax:  (619) 600-5144
jkyle@klhipbiz.com
lgantney@klhipbiz.com

Attorneys for Defendant
percipient.ai. Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCIPIENT LLC, an Illinois Limited Liability Company,<br><br>            Plaintiff,<br><br>    vs.<br><br>PERCIPIENT.AI, Inc., a Delaware Corporation,<br><br>            Defendant. | Case No.: 3:19-cv-07323-EMC<br><br>Judge:  Hon. Edward M. Chen<br><br>**REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint filed: 11/07/2019<br>Trial date: 2/08/2021 |

1

**REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Subsequent to the settlement conference between the parties and Magistrate Ryu, and in in light of Defendant Percipient.ai, Inc.'s pending trademark application before the United States Patent and Trademark Office, Plaintiff Percipient, LLC, by and through its counsel, hereby requests pursuant to Federal Rule of Civil Procedure 41(a)(2) that the above-captioned action be dismissed without prejudice.

DATED: July 20, 2020

**MICHELMAN & ROBINSON, LLP**

Seth Darmstadter
Taylor Foss
Attorneys for Plaintiff Percipient, LLC

IT IS SO ORDERED.

DATED: July 20, 2020

Hon. Edward M. Chen
United States District Judge

**REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**